# EXHIBIT A

**Invoice Itemization for Amounts Owed by Defendant**

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Wakefern General Merchandise**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 1773435 | 4230713 | 12/28/2022 | 2/27/2023 | $ 1,954.56 | $ 1,954.56 |
| 1773435 | 4231190 | 12/29/2022 | 2/28/2023 | $ 3,116.40 | $ 3,116.40 |
| 1773435 | 4234551 | 1/9/2023 | 3/11/2023 | $ 13,996.80 | $ 13,996.80 |
| 1773435 | 4246857 | 1/18/2023 | 3/20/2023 | $ 9,760.80 | $ 9,760.80 |
| 1773435 | 4258127 | 1/26/2023 | 3/28/2023 | $ 10,348.80 | $ 10,348.80 |
| 1773435 | 4263114 | 2/2/2023 | 4/4/2023 | $ 2,198.88 | $ 2,198.88 |
| | | | Totals: | $ 41,376.24 | $ 41,376.24 |